ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013

Telephone:    (213) 452-0071
Facsimile:    (213) 452-0080

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>NATALIE LORRAINE WILLIS<br><br><br><br>Debtor(s) | Case No.: 2:14-18202-SK<br><br>182022<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: TYSON TAKEUCHI
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 08/19/14 at 02:30 PM at 915 WILSHIRE BLVD., 10TH FLOOR, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

- Amend Schedule B and I  (to include business attachment)


Dated:    July 21, 2014                         /s/ Rosendo Gonzalez
                                                                  ROSENDO GONZALEZ, TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 530 South Hewitt Street, Suite 148, Los Angeles, CA 90013.

On July 21, 2014, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

NATALIE LORRAINE WILLIS
3051 N CAMERON CT
MADISON, IN 47250-3849

TYSON TAKEUCHI
1100 Wilshire Blvd., Ste 2606
Los Angeles, CA 90017

☒ **BY MAIL**
   ☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
   ☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on July 21, 2014, at Los Angeles, California.
   ☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ KEYLIN HERNANDEZ
KEYLIN HERNANDEZ